# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

No. 19-50957
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 5, 2020

Lyle W. Cayce
Clerk

————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RODRIGO RAMIREZ-GARCIA,

Defendant-Appellant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consolidated with 19-50958

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RODRIGO RAMIREZ-GARCIA, also known as Rodrigo Rmz, also known as Rodrigo Ramirez Garcia, also known as Rodrigo Garcia, also known as Rodrigo Garcia-Ramirez,

Defendant-Appellant

————————————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:17-CR-99-6
USDC No. 4:19-CR-309-1

————————————

No. 19-50957 c/w
No. 19-50958

Before HAYNES, DUNCAN, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Rodrigo Ramirez-Garcia in this consolidated appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Garcia has not filed a response. He did, however, execute a waiver of any challenge to his conviction; accordingly, we conclude that his conviction is not before us and will not address it further. *See United States v. Garcia*, 483 F.3d 289, 290-91 (5th Cir. 2007).

With respect to the revocation of his supervised release and his sentences, we have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal of the revocation and sentences presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.